UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KELLY HOFFMAN,<br>*Plaintiff*,<br><br>v.<br><br>INOVA HEALTH CARE SERVICES, et al.,<br>*Defendants*. | Case Number 1:23-cv-1696 (MSN/IDD) |

### ORDER

This matter comes before the Court on Defendant North American Partners in Anesthesia (Virginia) LLC's Motion to Dismiss (ECF 10) and Defendant INOVA Health Care Services' Motion to Dismiss (ECF 12). After considering the motions, oppositions, replies, and arguments of counsel, and for the reasons stated in open court, it is hereby

**ORDERED** that Defendant North American Partners in Anesthesia (Virginia) LLC's motion (ECF 10) is **GRANTED**; and it is further

**ORDERED** that Defendant INOVA Health Care Services' motion (ECF 12) is **GRANTED**; and it is further

**ORDERED** that the complaint is **DISMISSED**; and it is further

**ORDERED** that Plaintiff may file an amended complaint within fourteen (14) days from the date of this Order.

1

SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge
Michael S. Nachmanoff
United States District Judge

March 11, 2024
Alexandria, Virginia