IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KELLY HOFFMAN,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**INOVA HEALTH CARE SERVICES,**<br><br>　　　　**Defendant.** | Civil Action No. 1:23-cv-01696-MSN-IDD |

### INOVA'S MOTION TO STRIKE
### MS. HOFFMAN'S OPPOSITION TO MOTION TO DISMISS

On Thursday, April 4, Inova Health Care Services ("Inova") filed a Motion to Dismiss Plaintiff Kelly Hoffman's ("Ms. Hoffman") Amended Complaint (ECF No. 28). Fourteen days later, Ms. Hoffmann timely filed an Opposition (ECF No. 32) that is 40 pages long, far in excess of the 30-page limit imposed by Rule 7 of the Court's Local Rules of Civil Procedure. Local Civil Rule 7(F)(3) is clear: opening and responsive briefs "shall not exceed thirty (30) 8-1/2 x 11 inch pages double-spaced…."

In compliance with the Court's rules and practice, Inova filed a 30-page opening brief entitled "Memorandum in Support" of its Motion to Dismiss the Amended Complaint (ECF No. 29). Ms. Hoffman, without seeking leave of the Court or even notifying Inova, filed a 40-page brief that is roughly twenty-five percent longer than the rules permit. Absent good cause or authorization, a brief of this length is excessive and potentially prejudicial to Inova.

WHEREFORE, for the reasons set forth herein and in Inova's accompanying Brief in Support, Inova respectfully requests that the Court grant this Motion to Strike and strike Ms. Hoffman's Opposition to Inova's Motion to Dismiss (ECF No. 32) in its entirety, or, in the alternative, strike each and every page of Ms. Hoffman's Opposition that is over the 30-page limit.

Dated:  April 19, 2024

Respectfully submitted,

*/s/ Nancy N. Delogu*
Nancy N. Delogu (VSB No. 37826)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue NW
Suite 400
Washington, DC 20006.4046
Telephone: 202.842.3400
Facsimile: 202.842.0011
nndelogu@littler.com

Alexander P. Berg (VSB No. 95557)
Lauren M. Bridenbaugh (VSB No. 90586)
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
Telephone: 703.442.8425
Facsimile: 703.442.8428
aberg@littler.com
lbridenbaugh@littler.com

*Counsel for Defendant Inova Health Care Services*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 19th day of April 2024, I caused a copy of the foregoing **Inova's Motion to Strike**, and a proposed Order in support thereof, to be served through the Court's Electronic Case Filing (ECF) system on the following counsel of record:

>Timothy P. Bosson, Esq. (VSB: 72746)
>Isaiah R. Kalinowski, Esq. (VSB: 71125)
>Arie M. Jones, Esq. (VSB: 98248)
>Bosson Legal Group, PC
>8300 Arlington Blvd., Suite B2
>Fairfax, VA 22031
>tbosson@bossonlaw.com
>ikalinowski@bossonlaw.com
>ajones@bossonlaw.com
>Ph: (571) 775-2529
>
>*Counsel for Plaintiff*

*/s/ Nancy N. Delogu*
Nancy N. Delogu